UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY E. BRANDLIN, Receiver for NTV Financial Group, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>EUROLUX LLC, a California limited liability company, dba EUROCAR,<br><br>Defendant. | Case No.  2:21-cv-00664-SVW-KES<br><br>**JUDGMENT**<br><br>Date:   August 9, 2021<br>Time:  1:30 p.m.<br>Place:  Courtroom 10A<br>           350 W. 1st Street<br>           Los Angeles, California 90012 |

The Motion of Plaintiff Jeffrey E. Brandlin, Receiver for NTV Financial Group, Inc., for Summary Judgment as to Defendant Eurolux LLC dba Eurocar, came on for hearing, having been duly noticed, on August 9, 2021 at 1:30 p.m. before the Honorable Stephen V. Wilson, United States District Court Judge.  The Court having found that the entry of Summary Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of Plaintiff Jeffrey E. Brandlin, Receiver for NTV Financial Group, Inc., and against Defendant Eurolux

17118.1:10296779.1

LLC dba Eurocar, as follows:

    (a)    Defendant Eurolux LLC dba Eurocar shall pay Plaintiff Jeffrey E. Brandlin, Receiver for NTV Financial Group, Inc., $80,000.00, plus prejudgment interest in the amount of $13,424.66.

DATED: August 13, 2021

_____
Honorable Stephen V. Wilson
United States District Court Judge